**Order entered March 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01518-CV

**AMARJIT SINGHA, ET AL., Appellants**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 002-02893-2012**

## ORDER

We **GRANT** appellee's March 5, 2014 motion for leave to file a sur-reply brief. We

**ORDER** the sur-reply brief attached to appellee's motion filed as of the date of this order.


/s/    ADA BROWN
       JUSTICE